```
HARMEET K. DHILLON, ESQ. (SBN: 207873)
Harmeet@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff,
Gurinder Walia
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| GURINDER WALIA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOTHAPURI et al.<br><br>    Defendants. | **Case Number:** 12-CV-04660 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING DATE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Honorable Charles R. Breyer**<br><br>**Hearing and CMC Date: March 8, 2013**<br>**Hearing and CMC Time: 10:00 a.m.** |

    IT IS HEREBY STIPULATED between Plaintiff Gurinder Walia ("Plaintiff") and Defendants Boothapuri Venkatesh and Arunachalam Thenappan ("Defendants"), acting through their respective counsel, that:

    1.    On November 2, 2012, Plaintiff filed a First Amended Complaint against Defendants Dr. Boothapuri Venkatesh, Arunachalam Tehnappan, Aegis Center Point Developers Private Ltd. and Siddhartha Kumar.

---

**Stipulation and [Proposed] Order**          1          **No. 12-CV-04660 CRB**
**Continuing Hearing Date and CMC**

2. Defendants Venkatesh and Thenappan have filed a motion to dismiss the First Amended Complaint under FRCP 12(b)(3) and a motion to dismiss the First Amended Complaint under FRCP 12(b)(6) (collectively, the "Motions"). Plaintiff has opposed the Motions and Defendants have filed Replies. As of February 19, 2013, the hearing of the Motions were scheduled for February 22, 2013, at 10:00 a.m. (the "Motions Hearing"), and an Initial Case Management Conference was scheduled for the same day and time.

3. On February 19, 2013, this Court issued a Notice that the Motions Hearing and CMC was reset to March 8, 2013, at 10:00 a.m.

4. In connection with a separate matter pending in the San Mateo Superior Court, Plaintiff's counsel is scheduled to appear at the hearing of a Special Motion to Strike the Complaint on the morning of March 8, 2013, and therefore has a conflict that prevents her from appearing at the March 8, 2013, Motions Hearing and CMC scheduled by this Court.

5. Plaintiff's counsel has spoken with Defendants' counsel, and the Parties have agreed on the alternative date of March 29, 2013, at 10:00 a.m., for the Motions Hearing and the CMC. Plaintiff's counsel has been advised by the Clerk that this Court is available on that date.

6. Counsel for the Parties request that the Court continue the Motions Hearing and the Initial Case Management Conference to Friday, March 29, 2013, at 10:00 a.m.

Dated: February 20, 2013           Respectfully submitted,

                                   DHILLON & SMITH LLP

                         By:       ___/s/ Harmeet K. Dhillon_____
                                   Harmeet K. Dhillon (SBN 207873)
                                   Attorneys for Plaintiff

---

**Stipulation and [Proposed] Order**           2           **No. 12-CV-04660 CRB**
**Continuing Hearing Date and CMC**

| | |
|---|---|
| Dated: February 20, 2013 | Respectfully Submitted, |
| | THE CRONIN LAW GROUP |

By:     /s/ Timothy C. Cronin
Timothy C. Cronin (SBN 181989)
Attorneys for Defendants Boothapuri Venkatesh
and Arunachalam Thenappan

I, Harmeet K. Dhillon, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By:     /s/ Harmeet K. Dhillon
Harmeet K. Dhillon (SBN 207873)

**ORDER**

IT IS HEREBY ORDERED:

That the hearing date presently set for March 8, 2013, for hearing of Defendant Venkatesh and Thenappan's Motion to Dismiss First Amended Complaint per FRCP 12(b)(6) and Motion to Dismiss First Amended Complaint per FRCP 12(b)(3), and for the Initial Case Management Conference, shall be reset to Friday, March 29, 2013, at 10:00 a.m., in the above-entitled Court, Courtroom 6, 17th Floor, before Honorable Charles R. Breyer.

Dated: __Feb. 21, 2013___

_____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

**Stipulation and [Proposed] Order Continuing Hearing Date and CMC**  3  C 12-04660 CRB