United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GURINDER WALIA,

        Plaintiff,

  v.

AEGIS CENTER POINT DEVELOPERS
PRIVATE LTD. ET AL.

        Defendants.

_____/

No. CV-12-4660-CRB

**ORDER RE SUPPLEMENTAL
BRIEFING**

       Defendant Aegis Center Point Developers Private Ltd. ("Aegis") filed a motion styled
as a Motion to Dismiss for Forum Non Conveniens. <u>See</u> dkt. 49. In substance, however, that
motion seeks dismissal of this action on preclusion grounds. Neither side has fully addressed
preclusion in their respective briefs. The Court VACATES the hearing currently set for July
19, 2013, and ORDERS Plaintiff and Aegis to submit supplemental briefs raising all
arguments that they wish to present regarding whether this action should be dismissed on
preclusion grounds. Simultaneous briefs, no longer than eight pages, shall be filed by July
29, 2013 at 5 p.m. Responses to the simultaneous briefs, no longer than four pages, shall be
filed by August 5, 2013 at 5 p.m.

//

//

//

//

1    This matter is reset for hearing on August 30, 2013, at 10 a.m.

2         **IT IS SO ORDERED.**

3

4    Dated: July 15, 2013

         _____
         CHARLES R. BREYER
         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California