IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURINDER WALIA,<br><br>    Plaintiff,<br><br>v.<br><br>AEGIS CENTER POINT DEVELOPERS PRIVATE LTD. ET AL.<br><br>    Defendants._____/ | No. CV-12-4660-CRB<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

    Defendant Aegis Center Point Developers Private Ltd. ("Aegis") filed a motion styled as a Motion to Dismiss for Forum Non Conveniens. See dkt. 49.  In substance, however, that motion seeks dismissal of this action on preclusion grounds.  Neither side has fully addressed preclusion in their respective briefs.  The Court VACATES the hearing currently set for July 19, 2013, and ORDERS Plaintiff and Aegis to submit supplemental briefs raising all arguments that they wish to present regarding whether this action should be dismissed on preclusion grounds.  Simultaneous briefs, no longer than eight pages, shall be filed by July 29, 2013 at 5 p.m.  Responses to the simultaneous briefs, no longer than four pages, shall be filed by August 5, 2013 at 5 p.m.

//
//
//
//

1 | This matter is reset for hearing on August 30, 2013, at 10 a.m.

2 | **IT IS SO ORDERED.**

4 | Dated: July 15, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE