**THE CRONIN LAW GROUP**
Timothy C. Cronin (181989)
tcronin@crolaw.com
Alan R. Johnston (208991)
ajohnston@crolaw.com
744 Montgomery St., Second Floor
San Francisco, CA 94111
Telephone: (415) 951-0166
Facsimile: (415) 951-0167

**THE STANZLER LAW GROUP**
Jordan S. Stanzler (54620)
jstanzler@stanzlerlawgroup.com
Jeffrey M. Curtiss (239199)
jcurtiss@stanzlerlawgroup.com
2275 E. Bayshore Road, Suite 100
Palo Alto, CA 94303
Telephone: (650) 739-0200
Facsimile: (650) 739-0916

Attorneys for Defendants Aegis Center Point Developers Private, LTD
Boothapuri Venkatesh and Arunachalam Thenappan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GURINDER WALIA, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>AEGIS CENTER POINT DEVELOPERS PRIVATE LTD. an Indian company; BOOTHAPURI VENKATESH, an individual; ARUNACHALAM THENAPPAN, an individual; and SIDDHARTHA KUMAR, an individual,<br><br>  Defendants. | Case No.: 3:12-cv-04660-CRB<br><br>**ORDER REGARDING MOTION TO CHANGE TIME OF HEARING ON PENDING MOTIONS**<br><br>**Local Rule 6-3**<br><br>Date:<br>Time: 10:00 a.m.<br>Courtroom: 6<br><br>Judge: The Hon. Charles R. Breyer |

The defendants, pursuant to Local Rule 6-3, move to continue the motions currently scheduled to be heard on December 6, 2013 to January 24, 2014, as well as the related pre-motion deadlines of November 1, 2013, for submission of authenticated records, and November 22, 2013, for the plaintiff's response to the submission, to December 16 and January 7, respectively.

1

1  After full consideration of the pleadings, the papers and authorities submitted by counsel, as well as oral argument by counsel, and good cause appearing therefor, the Court adopts the following continued deadlines:

The pending motions shall be continued from December 6, 2013 to January 24, 2014.

The deadline for the submission of any authenticated records shall be continued from November 1, 2013 to December 16, 2013.

The deadline for the plaintiff's response to the defendants' submission of any authenticated records shall be continued from November 22, 2013 to January 7, 2014.

IT IS SO ORDERED.

DATED:  October 31, 2013



Charles R. Breyer
United States District Judge

2
*Walia v. Venkatesh, et al.*
[Proposed] Order Regarding Motion To Change Time Of Hearing On Pending Motions
Northern District California Case No. 3:12-cv-04660-CRB